UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FRANCIS OBIORA ENWONWU** | **CASE NO. 6:25-CV-00232 (SEC. P)** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KEVIN JOYCE** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R"), whereby she recommends the Petition for Writ of Habeas Corpus submitted by Francis Enwonwu be denied and dismissed without prejudice.[1] Petitioner objects, in part, arguing jurisdiction remains with the United States District Court for the District of Maine.[2] The Court agrees. When the petition was filed, Enwonwu was incarcerated in Portland, Maine, within the jurisdictional boundaries of the United States District Court for the District of Maine.[3] He filed his petition in the district court of that district and named as respondent the warden of the institution in which he was incarcerated.[4] "Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change."[5] Accordingly,

---

[1] ECF No. 20 at 8.
[2] *See e.g.* ECF No. 21 at 4.
[3] *See* ECF No. 6 at 2.
[4] *See* ECF No. 1 at 1; *see also* www.cumberlandso.org/administration/about_us/organizational_charts.php (last visited June 16, 2025).
[5] *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014); *see also* ECF No. 20 at 4-5.

The Clerk of Court is ORDERED to transfer the present case to the United States District Court, District of Maine, pursuant to 28 U.S.C. § 1631.

THUS DONE in Chambers on this 20th day of June, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE